UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CR-60087-COHN

UNITED STATES OF AMERICA

vs.

JAMES M. D'AMICO

    Defendant.
_____/

### ORDER GRANTING REQUEST FOR COMPLIANCE WITH RULE 16(C)(ii)

**THIS CAUSE** is before the Court on the Government's Request for Compliance with Rule 16(C)(ii) [DE 70] ("Request").  The Court has reviewed the Request, the docket in the case, and is otherwise advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Government's Request for Compliance with Rule 16(C)(ii) [DE 70] is **GRANTED**.  No later than February 1, 2011, Defendant shall give to the government a written summary of any testimony that Defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence.  The summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.